**[J-62-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

**CHIEF JUSTICE SAYLOR, JUSTICE WECHT, AND JUDGES COLINS, FRIEDMAN, LEADBETTER, BROBSON, AND STRASSBURGER**

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | : | No. 6 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Judgment of the |
| | : | Superior Court entered on 8/14/14 at |
| v. | : | No. 1333 EDA 2012 affirming the order |
| | : | entered on 4/11/12 in the Court of |
| KAREN HELLER, | : | Common Pleas, Civil Division, |
| | : | Philadelphia County at No. 00699 |
| Appellee | : | December Term 2009 |
| | : | |
| | : | ARGUED: May 9, 2016 |

**CONCURRING AND DISSENTING OPINION**

**JUDGE BROBSON**                                          **DECIDED: June 14, 2016**

I join parts I, II, and III of the majority opinion. Because, after protracted appellate proceedings, I believe that this Court should decide the two issues that it accepted for appellate review in its February 4, 2015 Order granting allocatur, neither of which questions the Pennsylvania Superior Court's analysis or application of the collateral order doctrine, I respectfully dissent from part IV of the majority opinion.